JS 44 (Rev. 04/21) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
KAIA CAMPBELL, on her own behalf and on behalf of those similarly situated

**(b)** County of Residence of First Listed Plaintiff: **SARASOTA**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Kimberly De Arcangelis, Esq., Morgan & Morgan, 20 N. Orange Ave., 15th Fl., Orlando, FL 32801, 407-420-1414

## DEFENDANTS
ADW CONSULTING, LLC, d/b/a Georgies Garden Café and GEORGE WOOD, Individually

County of Residence of First Listed Defendant: **SARASOTA**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[x] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[x] 710 Fair Labor Standards Act

## V. ORIGIN
[x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
29 USC, Section 216(b)

Brief description of cause:
Fair Labor Standards Act, Minimum Wage

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

DATE: 10/9/2023
SIGNATURE OF ATTORNEY OF RECORD: /s/ Kimberly De Arcangelis

**FOR OFFICE USE ONLY**
RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE