# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**KAIA CAMPBELL, on her own behalf and on behalf of those similarly situated,**

  **Plaintiff,**

**CASE NO.:  8:23-CV-2290**

vs.

**ADW CONSULTING, LLC, d/b/a Georgies Garden Café and GEORGE WOOD, Individually,**

  **Defendants.**        /

## PLAINTIFF'S NOTICE OF FILING CONSENTS TO JOIN

Plaintiff, KAIA CAMPBELL, on her own behalf and on behalf of those similarly situated, by and through her undersigned counsel hereby files the attached Consents to Join for KAIA CAMPELL, STEPHANIE KATSIAMAKIS, SARAFINA KOSACHEVA and TAMMY TAPIA, for use in all proceedings.

Date: October 9, 2023    Respectfully submitted,

            ***/s/ Kimberly De Arcangelis***
            Kimberly De Arcangelis, Esq.
            Bar No.: 0025871
            MORGAN & MORGAN, P.A.
            20 N. Orange Ave., 15th Floor
            Orlando, Florida 32801
            Telephone: (407) 420-1414
            Facsimile: (407) 245 3383
            Email: kimd@forthepeople.com

*Attorneys for Plaintiff and the Potential Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of October, 2023, the foregoing has been furnished to the Clerk of Court via the CM/ECF System and will be served on Defendant with the Complaint and Summons.

*/s/ Kimberly De Arcangelis*
Kimberly De Arcangelis, Esq.