## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KAIA CAMPBELL,

    Plaintiff,

v.                                                    Case No: 8:23-cv-2290-MSS-NHA

ADW CONSULTING, LLC and GEORGE WOOD,

    Defendants.

_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **ADW CONSULTING, LLC** in Tampa, Florida on the 24th day of May, 2024.

                                                  ELIZABETH M. WARREN, CLERK

                                                  s/C. Reaves, Deputy Clerk

Copies furnished to:

Counsel of Record